JENNIFER HANE (Cal. Bar No. 275729)
KELSEY LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. KATAKIS AND CAPITAL EQUITY MANAGEMENT GROUP, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WILEY CHANDLER, STEVEN SWANGER, KENNEN SWANGER, RICHARD NORTHCUTT, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02526-WBS<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: |
| 2 | Pursuant to Local Rule 182(a)(2) and (g), PLEASE TAKE NOTICE that as of the date of |
| 3 | this filing, the government attorney whose name, address, telephone number, and email address |
| 4 | are listed below, is assigned to be counsel for the government in place of Kelsey C. Linnett. |

JENNIFER HANE
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Email: jennifer.hane@usdoj.gov

Dated: June 3, 2019           Respectfully submitted,

/s/ Kelsey C. Linnett
KELSEY C. LINNETT
Antitrust Division
U.S. Department of Justice

/s/ Jennifer Hane
JENNIFER HANE
Antitrust Division
U.S. Department of Justice

**ORDER**

**IT IS SO ORDERED**

**Dated: June 3, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1